IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:18cr 47

FELIPE GOMEZ DEJESUS,

Defendant.

ORDER

This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge regarding the Magistrate Judge's recommendation that the Indictment in this case be dismissed without prejudice based on the Government's Unopposed Motion to Dismiss the Indictment (ECF #16). It appearing that the Magistrate Judge colloquied the defendant about his waiver of his right to object to the Report and Recommendation; that the parties agreed that the Magistrate Judge could entertain the Motion; that the parties waived any rights to object to the Court's recommendation that the Indictment be dismissed; and that the defendant stated that he had no objection to a Report and Recommendation that recommended dismissal of the Indictment; it is hereby

ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED and the Indictment in this case is DISMISSED WITHOUT PREJUDICE.

/s/
M. Hannah Lauck, United States District Judge

Date: 6-26-18
Richmond, Virginia